UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

QUADROZZI CONCRETE CORP., et ano.,                Case No. 13-44180-ess

                              Debtors.
-------------------------------------------------------------X
COLLAVINO CONSTRUCTION COMPANY,
INC.,

                              Plaintiff,          Adv. Pro. No. 15-1027-ess

      vs.

QUADROZZI CONCRETE CORP.
QUADROZZI EQUIPMENT LEASING CORP.,
iCRETE LLC, PATRICK QUADROZZI,
HINMAN, HOWARD & KATTEL, LLP,
ABC CORPORATIONS 1-10, JOHN DOES 1-10,
FIRST CENTRAL SAVINGS BANK,

                              Defendants.
-------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE OF ADVERSARY PROCEEDING

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by and through their undersigned counsel, that the above-captioned action, together with all cross-claims and counterclaims, is hereby discontinued with prejudice and without costs or disbursements to any party.

Dated: June 21, 2017
       Garden City, New York

| | |
|---|---|
| CULLEN AND DYKMAN LLP<br>Attorneys for Collavino Construction Company Inc. | RUSKIN MOSCOU FALTISCHEK, P.C.<br>Attorneys for Quadrozzi Concrete Corp. |
| By: _/s/_____<br>C. Nathan Dee<br>Elizabeth M. Aboulafia<br>100 Quentin Roosevelt Boulevard<br>Garden City, NY 11530-4850<br>(516) 357-3700 | By: _____<br>Michael S. Amato<br>1425 RXR Plaza<br>East Tower, 15th Floor<br>Uniondale, NY 11556-1425<br>(516) 663-6600 |
| COHEN WEISS AND SIMON LLP<br>Attorneys for Local 282 Trust Funds | PAYKIN KRIEG & ADAMS, LLP<br>Attorneys for Quadrozzi Equipment Leasing Corp |
| By: _____<br>David R. Hock<br>330 W 42nd Street<br>New York, NY 10036-6979<br>(212) 356-0220 | By: _____<br>Joseph N. Paykin<br>2500 Westchester Avenue<br>Suite 107<br>Purchase, NY 10577<br>(212) 725-4428 |
| RIVKIN RADLER, LLP<br>Attorneys for Patrick Quadrozzi | HINMAN, HOWARD & KATTELL, LLP<br>Attorneys for Hinman, Howard & Kattell |
| By: _____<br>Matthew Spero<br>926 RXR Plaza<br>Uniondale, NY 1156-0926<br>(516) 357-3593 | By: _____<br>Harvey D. Mervis<br>700 Security Mutual Building<br>80 Exchange Street<br>Binghamton, NY 13901<br>(607) 2316739 |

| | |
|---|---|
| CULLEN AND DYKMAN LLP<br>Attorneys for Collavino Construction Company Inc. | RUSKIN MOSCOU FALTISCHEK, P.C.<br>Attorneys for Quadrozzi Concrete Corp. |
| By: _____<br>C. Nathan Dee<br>Elizabeth M. Aboulafia<br>100 Quentin Roosevelt Boulevard<br>Garden City, NY 11530-4850<br>(516) 357-3700 | By: _____<br>Michael S. Amato<br>1425 RXR Plaza<br>East Tower, 15th Floor<br>Uniondale, NY 11556-1425<br>(516) 663-6600 |
| COHEN WEISS AND SIMON LLP<br>Attorneys for Local 282 Trust Funds | PAYKIN KRIEG & ADAMS, LLP<br>Attorneys for Quadrozzi Equipment Leasing Corp |
| By: /s/ David R. Hock<br>David R. Hock<br>330 W 42nd Street<br>New York, NY 10036-6979<br>(212) 356-0220 | By: _____<br>Joseph N. Paykin<br>2500 Westchester Avenue<br>Suite 107<br>Purchase, NY 10577<br>(212) 725-4428 |
| RIVKIN RADLER, LLP<br>Attorneys for Patrick Quadrozzi | HINMAN, HOWARD & KATTELL, LLP<br>Attorneys for Hinman, Howard & Kattell |
| By: _____<br>Matthew Spero<br>926 RXR Plaza<br>Uniondale, NY 1156-0926<br>(516) 357-3593 | By: _____<br>Harvey D. Mervis<br>700 Security Mutual Building<br>80 Exchange Street<br>Binghamton, NY 13901<br>(607) 2316739 |

| | |
|---|---|
| CULLEN AND DYKMAN LLP<br>Attorneys for Collavino Construction<br>Company Inc. | RUSKIN MOSCOU FALTISCHEK, P.C.<br>Attorneys for Quadrozzi Concrete Corp. |
| By: _____<br>C. Nathan Dee<br>Elizabeth M. Aboulafia<br>100 Quentin Roosevelt Boulevard<br>Garden City, NY 11530-4850<br>(516) 357-3700 | By: _____<br>Michael S. Amato<br>1425 RXR Plaza<br>East Tower, 15th Floor<br>Uniondale, NY 11556-1425<br>(516) 663-6600 |
| COHEN WEISS AND SIMON LLP<br>Attorneys for Local 282 Trust Funds | PAYKIN KRIEG & ADAMS, LLP<br>Attorneys for Quadrozzi Equipment Leasing Corp |
| By: _____<br>David R. Hock<br>330 W 42nd Street<br>New York, NY 10036-6979<br>(212) 356-0220 | By: /s/ Joseph N. Paykin<br>Joseph N. Paykin<br>2500 Westchester Avenue<br>Suite 107<br>Purchase, NY 10577<br>(212) 725-4428 |
| RIVKIN RADLER, LLP<br>Attorneys for Patrick Quadrozzi | HINMAN, HOWARD & KATTELL, LLP<br>Attorneys for Hinman, Howard & Kattell |
| By: _____<br>Matthew Spero<br>926 RXR Plaza<br>Uniondale, NY 1156-0926<br>(516) 357-3593 | By: /s/ Harvey D. Mervis<br>Harvey D. Mervis<br>700 Security Mutual Building<br>80 Exchange Street<br>Binghamton, NY 13901<br>(607) 2316739 |

| | |
|---|---|
| LaROCCA HORNIK ROSEN GREENBERG & BLAHA<br>Attorneys for iCRETE LLC | REICH, REICH & REICH, P.C.<br>Attorneys for 235 Main Holding Corp. |
| By: _____<br>Patrick McPartland<br>The Trump Building<br>40 Wall Street, 32nd Floor<br>New York, NY 10005<br>(212) 530-4837 | By: _____<br>Jeffrey A. Reich<br>235 Main Street, # 450<br>White Plains, NY 10601<br>(914) 949-2126 |

| LaROCCA HORNIK ROSEN GREENBERG & BLAHA<br>Attorneys for iCRETE LLC | REICH, REICH & REICH, P.C.<br>Attorneys for 235 Main Holding Corp. |
|---|---|
| By: _____<br>Patrick McPartland<br>The Trump Building<br>40 Wall Street, 32nd Floor<br>New York, NY 10005<br>(212) 530-4837 | By: _____<br>Jeffrey A. Reich<br>235 Main Street, # 450<br>White Plains, NY 10601<br>(914) 949-2126 |