# CULLENandDYKMAN LLP

**ELIZABETH ABOULAFIA**
PARTNER
Direct: 516-296-9124
Direct FAX: 516-357-2575
eaboulafia@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

June 26, 2017

**VIA ECF**

Chambers of the Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
For the Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

Re: *Collavino Construction Company Inc. v. Quadrozzi Concrete Corp., et al.*
(Adv. Proc. No. 15-1027) (ESS)
*In re Quadrozzi Concrete Corp.* (Case No. 13-44180) (ESS)
United States Bankruptcy Court, Eastern District of New York

Dear Judge Stong:

This firm represents Collavino Construction Company Inc., plaintiff in the above-referenced adversary proceeding. This letter shall confirm that hearing concerning the *Order to Show Cause Why Adversary Proceeding Should Not be Closed* entered by the Court on May 18, 2017 has been adjourned from June 27, 2017 at 10:00 a.m. to July 27, 2017 at 10:00 a.m.

Should you have any questions, please feel free to contact the undersigned. Thank you for your courtesies and cooperation.

Very truly yours,

Elizabeth M. Aboulafia

*Founded 1850*

BROOKLYN    LONG ISLAND    MANHATTAN    WASHINGTON, D.C.    ALBANY    NEW JERSEY